IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

OCT 21 2026 PM4:51
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

JOEL PATRICK DAVIS

NO. 2-26CR-130-Z

# INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about October 1, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Joel Patrick Davis**, defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus, Model M605, .357 caliber revolver, serial number EY53374, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Forfeiture Notice
(18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c))

Upon conviction of the offense alleged in Count One of this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Joel Patrick Davis,** shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Taurus, Model M605, .357 caliber revolver, serial number EY53374, and any ammunition, magazines, or other firearm accessories recovered with the firearm.

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ASPEN HALL
Assistant United States Attorney
Oklahoma State Bar No. 36724
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-Mail: aspen.hall@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JOEL PATRICK DAVIS

INDICTMENT

COUNT 1: CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

(1 COUNT and FORFEITURE NOTICE)

A true bill rendered:

Amarillo _______________ Foreperson

Filed in open court this 21st day of October A.D. 2026.

_______________ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 10/6/26 – 2:26-MJ-211)

_______________
UNITED STATES MAGISTRATE JUDGE